Roy S. Gordet SBN 103916
Lauren E. Powe SBN 239817
roy@gordetlaw.com
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
Attorneys for Roberto Chiofalo

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CHIOFALO, an individual, citizen of U.S.A., <br><br> Plaintiff, <br><br> vs. <br><br> HUNG NGUY, an individual, unknown citizenship and FAMILY PANTRY, INC., a California Corporation <br><br> Defendants. | Case No.:  C 07-01974 EDL <br><br> [████████]ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF FOR A CONTINUANCE OF CMC AND ADR DEADLINES  PURSUANT TO LOCAL RULE 7-11 <br><br> Courtroom:   E, 15th Floor <br> Judge:        Hon. Elizabeth D. Laporte |

Plaintiff Roberto Chiofalo has in a timely manner requested administrative relief from the Court, pursuant to Local Rule 7-11, to allow Plaintiff additional time to serve Defendants Hung Nguy and Family Pantry, Inc. beyond the times allotted in the April 6, 2007 Order setting initial case management conference and ADR deadlines.

Based on the documents submitted by Plaintiff, the Court finds good cause and GRANTS Plaintiff's Administrative Motion and continues the deadlines set forth in the April 6, 2007 Order by approximately two months as follows:

6/19/2007 until 8/21/2007 – last day to comply with FR Civ P 26(f), ADR L.R. 3-4, and Civil L. R. 16-8.

7/3/2007 until 9/4/2007 – last day to comply with FR Civ P 26(a)(1) and Civil L.R. 16-9.

7/10/2007 until 9/11/2007 – Initial Case Management Conference (CMC) in Courtroom E, 15th Floor, San Francisco at 10:00 AM.

IT IS SO ORDERED.

**Dated:  June 25, 2007**

_____
Magistrate Judge, United District Court

[ ORDER GRANTING MOTION FOR
ADMINSTRATIVE RELIEF
Case No. 07-01974