Roy S. Gordet SBN 103916
Lauren E. Powe SBN 239817
roy@gordetlaw.com
98 Battery Street, Suite 601
San Francisco, CA 94111
Tel. 415-627-0300
Fax 415-627-9020
Attorneys for Roberto Chiofalo

UNITED STATES DISTRICT COURT FOR THE NORTHERN

DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ROBERTO CHIOFALO, an individual, citizen of U.S.A., | Case No.: C 07-01974 EDL |
| Plaintiff, | NOTICE OF SETTLEMENT AND [██████████] ORDER THEREON |
| vs. | |
| HUNG NGUY, an individual, unknown citizenship, and FAMILY PANTRY, INC., a California Corporation | |
| Defendants. | |

Plaintiff, by its undersigned counsel, advises the Court that the parties have reached a settlement in principle that will result in the dismissal of the entire action. The parties need to prepare, finalize, and execute the necessary paperwork, and Plaintiff must receive the agreed upon consideration.

The named Defendants have not yet appeared in this action.

Accordingly, Plaintiff requests that the pending deadlines related to the Case Management Conference, ADR Certification, etc. be vacated. Plaintiff expects to file the dismissal documents no later than September 7, 2007. In the unlikely event that the dismissal

- 1 -

Case3:07-cv-01974-EDL Document112 Filed 08/20/2007 Page 2 of 2

1  documents are not filed by that date, the undersigned counsel for Plaintiff will inform the Court

2  of the status and the reason for the delay.

3

4                                                    Respectfully submitted,

5  Date: August 17, 2007                     _____/s/_____
                                                     Roy S. Gordet
6                                                    Attorney for Plaintiff Roberto
                                                     Chiofalo
7

8

9  Good cause appearing, all deadlines in this case are vacated until further notice. IT IS SO

10  ORDERED.

11

12  Date:    August 20, 2007

13                                                    _____
                                                     United States Magistrate Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 2 -                   Notice of Settlement and Order
                                                                       C 07-01974 EDL